FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRON GEORGE ASTERINO,<br><br>Defendant. | No. 2:17-CR-00178-JTR-1<br><br>ORDER MODIFYING PRETRIAL RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 16)** |

Before the Court is Defendant's Joint Motion to Modify Conditions of Pretrial Release. ECF No. 16. Specifically, Defendant and the United States ask the Court to add to Defendant's release conditions the requirement that he undergo a mental health evaluation and participate in any recommended treatment, as directed by Pretrial Services. ECF No. 16 at 2.

Defendant, through counsel, also recites that U.S. Probation Officer Erik Carlson supports this modification and believes that Defendant would benefit from meeting with a treatment provider. The Court notes that Defendant has been advised of the proposed modification and consents to its imposition. ECF No. 20.

Therefore, **IT IS ORDERED**, that Defendant's pretrial release conditions be modified as follows:

**(17)** Defendant shall undergo a mental health evaluation and participate in any recommended follow up treatment as directed by Pretrial Services.

ORDER - 1

All other conditions not inconsistent herewith remain in full force and effect. Defendant's motion, **ECF No. 16**, is **GRANTED**.

**IT IS SO ORDERED**.

DATED December 4, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE